UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cassandra Yip aka Cassandra Johnson<br>Debtor<br><br>Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of Mill City Mortgage Loan Trust 2021-NMR1<br>v.<br><br>Cassandra Yip aka Cassandra Johnson<br>Kenneth E. West - Bankruptcy Trustee<br>Respondents | CASE NO.: 24-13511<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan |

## CERTIFICATION OF DEFAULT OF MOTION FOR RELIEF FROM AUTOMATIC STAY

FRIEDMAN VARTOLO, LLP, attorneys for Movant, hereby certifies that the above-captioned Debtors have failed to comply with the terms of the Stipulation resolving Motion for Relief from Stay approved by the U.S. Bankruptcy Judge Ashely M. Chan on March 5, 2025. A copy of the Stipulation is attached hereto as **Exhibit "A"**.

Movant certifies that the required Notice of Default required by the Order was sent to Debtor and Debtor's attorney on June 9, 2025 and Debtor has failed to cure the default. A copy of the Notice of Default is attached hereto as **Exhibit "B"**.

In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's property.

Dated: June 26, 2025

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of Mill City Mortgage Loan Trust 2021-NMR1
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com